AO 442 (Rev 11/11) Arrest Warrant

9241372

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

U.S. MARSHAL-DC AM11:2
RECEIVED JAN 4 '21

United States of America
v.
BRANDON HARGRAVES

)
)
)
)
)
)
)

Case: 1:21-mj-00002
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/1/2021
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Brandon Hargraves,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

Date: 01/01/2021

*Issuing officer's signature*

City and state: Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1-4-21, and the person was arrested on *(date)* 1-4-21 at *(city and state)* WDC . |
| Date: 1-5-21     *Arresting officer's signature* |
| COREY WILLIAMS |
| *Printed name and title* |