UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 MJ 02 (GMH) |
| v. | : | |
| BRANDON HARGRAVES | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPPOSED**
**MOTION TO CONDITIONS OF RELEASE**

    Defendant Brandon Hargraves was released by this Court into the High Intensity Supervision Program (HISP) after his initial appearance on January 4, 2021. The Release Order authorizes him to be out of his residence from 7:30 a.m. until 6:00 p.m. during the week in order to work. At the time of the presentment, undersigned counsel indicated to the Court that he had not confirmed the defendant's work hours and that it might be necessary to request modification of work release. Undersigned subsequently received a copy of a letter from the defendant's employer, stating that Mr. Hargraves works from 6:30 a.m. until as late as 6:30 p.m.

    A copy of the letter was forwarded to the prosecutor assigned to this case, who stated that the Government would not oppose a request to modify Mr. Hargraves' release hours to begin at 6:00 a.m. until 7:00 p.m. This will allow him to travel to and from work in an orderly manner. Accordingly, the defense asks for this small modification of the defendant's release conditions. A Proposed Order is attached for the Court's review.

                                       Respectfully submitted,

                                       *Robert Feitel*

                                       _____
                                       Robert Feitel, Esquire
                                       Law Office of Robert Feitel
                                       1300 Pennsylvania Avenue, N.W.
                                       #190-515

Washington, D.C.  20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF and email, to Assistant U.S. Attorney Nicole McClain, 555 4th Street, N.W., Washington, D.C. this 7th day of January, 2021.

*Robert Feitel*

_____
Robert Feitel

2