UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 21 MJ 02 (GMH) |
| v. | : | |
| BRANDON HARGRAVES | : | |
| Defendant. | : | |

## ORDER

Upon consideration of defendant Brandon Hargraves' Unopposed Motion For Modification of Conditions of Release and the entire record herein, it is this __8th__ day of January, 2021,

ORDERED, that the defendant's motion is granted and defendant Brandon Hargraves is permitted to leave the residence where he is currently under home detention from Monday to Friday, from 6:00 a.m. until 7:00 p.m. All other conditions of pretrial release remain unchanged. The defendant must follow any other conditions established by Pretrial Services.

_____
G. MICHAEL HARVEY
United States Magistrate Judge